# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 20, 2026

Ms. Lauren Parker
Center for Biological Diversity
1411 K Street, N.W.
Suite 1300
Washington, DC 20005

    No. 25-51058   Texas v. Center for Bio Diversity
                 USDC No. 7:24-CV-233

Dear Ms. Parker,

We filed your record excerpts. However, you must make the following correction(s) within the next 14 days.

You need to correct or add:

Optional contents exceed 40 page limitation, see 5th Cir. R. 30.1.6.  If you determine that the excessive optional pages are imperative, a motion is required.

Note:  Once you have prepared your sufficient record excerpts, you must electronically file your 'Proposed Sufficient Record Excerpts' by selecting from the Briefs category the event, "Proposed Sufficient Record Excerpts", via the electronic filing system.  Please do not send paper copies of the record excerpts until requested to do so by the clerk's office.  The record excerpts are not sufficient until final review by the clerk's office.  If the record excerpts are in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient record excerpts filing has been accepted and no further corrections are necessary. The certificate of service/proof of service on your proposed sufficient record excerpts **MUST** be dated on the actual date that service is being made.  Also, if your record excerpts are sealed, this event automatically seals/restricts any attached documents, therefore, you may still use this event to submit a sufficient record excerpts.

          Sincerely,

          LYLE W. CAYCE, Clerk

          By: _____
          Renee S. McDonough, Deputy Clerk
          504-310-7673

cc:
        Mr. Jason Craig Rylander
        Mr. Jesse Clayton Smith